UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK C. CHRISTENSON,

                Plaintiff,

      -against-

JOHN SEKULOW,

                Defendant.

19-CV-11820 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 27, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the June 20, 2018 order in *Christenson v. Roe*, No. 18-CV-3319 (CM) (S.D.N.Y. June 20, 2018), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 27, 2019
         New York, New York

                                          COLLEEN McMAHON
                                       Chief United States District Judge